IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a FANNIE MAE, § § § | | |
| Plaintiff, § | | |
| V. § | No. 3:13-cv-1091-K | |
| § | | |
| JACQUELYN J. SMITH, ET AL., § § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 5, 2013, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Defendant's Objections to the Findings, Conclusions and Recommendations of the United States Magistrate Judge filed on April 19, 2013 are hereby **OVERRULED**. Further, Plaintiff's Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand, is **DENIED** as futile.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED.

Signed April 24th, 2013.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE